# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRYAN K. LEDUFF, JR.

NO. 2020 KW 0793

**OCTOBER 12, 2020**

---

In Re:   Bryan K. Leduff, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-17-0645.

---

**BEFORE:   HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of all the exhibits introduced at the suppression hearing. See La. Code Crim. P. 912.1(C); **City of Baton Rouge v. Plain,** 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983).

**TMH
EW**


   **Theriot, J.,** concurs.


COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT